```
                   IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF UTAH
```
_____

| | |
|---|---|
| JAMES E. GRAY II, ) | **DISMISSAL ORDER &** |
| ) | **MEMORANDUM DECISION** |
|        Plaintiff, ) | |
| ) | Case No. 2:13-CV-200 TC |
| v. ) | |
| ) | District Judge Tena Campbell |
| UTAH DEP'T OF CORRS. et al., ) | |
| ) | |
|        Defendants. ) | |

_____

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's March 22, 2013 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice. This case is CLOSED.

      DATED this 24th day of May, 2013.

          BY THE COURT:

          */s/ Tena Campbell*
          _____
          JUDGE TENA CAMPBELL
          United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).